ORIGINAL

DUPLICATE

Robert J. Feldhake, Esq. (CA 107380)
Email: *rfeldhake@far-law.com*
Daniel M. Harkins, Esq., Of Counsel (CA 117671)
Email: *dharkins@far-law.com*
THE FELDHAKE LAW FIRM, APC
Newport Gateway – Tower II
19900 MacArthur Boulevard, Suite 850
Irvine, California 92612
Telephone (949) 553-5000
Facsimile (949) 553-5098

*This Space for Clerk's Use Only*

DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
2007 MAY 11 PM 1:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED

Attorneys for Plaintiffs
Russel and Virginia Betker, as Trustees of the Betker Family Trust; Betker Partners One, LP; Betker Partners Three, LP; and Lori and Michael O'Shea

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

IN RE HERITAGE BOND LITIGATION

02-ML-1475-DT RGK

Consolidated with Cases:
CV 01-5752 DT (RCx)
CV 02-382 DT (RCx)
CV 02-993 DT (RCx)
CV 02-2745 DT (AJWx)
CV 02-6484 DT (RCx)
CV 02-6841 DT (RCx)
CV 02-9221 DT (RCx)

DOCKETED ON CM
MAY 18 2007
BY 012

Companion Case:
CV 02-6512 DT (AJWx)

RUSSEL and VIRGINIA BETKER, as Trustees of the BETKER FAMILY TRUST; BETKER PARTNERS ONE, LP; BETKER PARTNERS THREE, LP; LORI O'SHEA; and MICHAEL O'SHEA,

Plaintiffs,

vs.

U.S. TRUST CORPORATION, N.A.; U.S. TRUST COMPANY OF TEXAS, N.A.; BANK OF NEW YORK, INC.; HERITAGE HEALTHCARE OF AMERICA, INC.; HERITAGE GERIATRIC HOUSING DEVELOPMENT VII, INC.; HERITAGE GERIATRIC HOUSING DEVELOPMENT VIII, INC.; HERITAGE GERIATRIC HOUSING DEVELOPMENT IX, INC.;HERITAGE CARE OF CHICAGO, INC.; HERITAGE CARE OF SARASOTA, INC.; HERITAGE HOUSING DEVELOPMENT, INC. HERITAGE CARE OF SARASOTA, INC.; HERITAGE HOUSING DEVELOPMENT, INC.; HEALTH CARE HOLDINGS, LLC; CARECONTINUUM, LLC; HERITAGE ACCEPTANCE CORPORATION;
*[Caption continued next page]*

This Document Relates to:
CV 01-5752 DT (RCx)
CV 02-6841 DT (RCx)

**JOINT STIPULATION TO WAIVE A CONDITION OF THE COURT APPROVED SETTLEMENT BETWEEN THE BETKER PLAINTIFFS AND THE CBIZ DEFENDANTS AND TO DISMISS THE BETKER PLAINTIFFS' SIXTH AMENDED COMPLAINT AS TO CBIZ DEFENDANTS AND [PROPOSED] ORDER THEREON**

Priority ✓
Send
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

772

AFFILIATED METROPOLITAN CONTRACTORS, INC.; VALUATION COUNSELORS GROUP, INC.; ROBERT KASIRER; JEROLD GOLDSTEIN; ONOFRIO V. BERTOLINI; BRUCE R. TALLEY; DEBRA KASIRER, INDIVIDUALLY AND AS TRUSTEE OF THE DEBRA KASIRER TRUST; CANON REALTY CORPORATION; HERITAGE HOUSING V, INC.; BHMC CORP.; JDDJ HOLDINGS, L.P.; JAMES E. IVERSON; VICTOR P. DHOOGE; JOHN M. CLAREY; JAMES F. DLUGOSH; EDWARD J. HENTGES; KENNETH R. LARSEN; JEROME E. TABOLICH; STEVEN W. ERICKSON; PAUL R. EKHOLM; JOEL T. BOEHM; SABO & GREEN; CODDINGTON APPRAISAL SERVICES; CAPITAL VALUATION GROUP; HEALTHCARE FINANCIAL SOLUTIONS GROUP, INC.; AND ZELENKOFSKE, AXELROD & CO., LTD.; AND DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

IT IS HEREBY STIPULATED by and between RUSSEL and VIRGINIA BETKER, as Trustees of the BETKER FAMILY TRUST, BETKER PARTNERS ONE, LP, BETKER PARTNERS THREE, LP, BETKER FAMILY TRUST, LORI O'SHEA and MICHAEL O'SHEA (collectively the "Betker Plaintiffs") and Defendants VALUATION COUNSELORS GROUP, INC. and ZELENKOFSKE, AXELROD & CO., LTD., (collectively "CBIZ"), through their respective counsel of record, as follows:

1. On or about June 29, 2001, the Betker Plaintiffs brought an action in the United States District Court for the Central District of California entitled Betker Partners One, LP, et al. v. U.S. Trust Corporation, N.A., et al., Case No. CV 01-5752 DT (RCx). On or about August 30, 2002, the Betker Plaintiffs brought a second action in the United States District Court for the Central District of California entitled Betker Partners One, LP, et al. v. Robert A. Kasirer, et al., Case No. CV 02-CV-06841-RGK (RCx). The two actions were consolidated in the Consolidated Fifth Amended Complaint and by order of this Court on October 15, 2002 (the "Betker Action"). The Betker Action has been amended several times, including, most recently the Sixth Amended Complaint, and is part of the Multi-District Litigation currently pending before this Court, MDL Case NO: MDL 1475. CBIZ is named as a defendant in the Sixth Amended Complaint.

2. On or about January 7, 2005 the Betker Plaintiffs and CBIZ entered into a SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF ALL CLAIMS ("Settlement Agreement") wherein the parties agreed to settle all claims of the Betker Plaintiffs against CBIZ and that upon the fulfillment of all conditions of the Settlement Agreement the Betker Plaintiffs would dismiss their

claims against CBIZ with prejudice. The Settlement Agreement contained, among others, the following condition:

"2. Conditions of Settlement. The settlement memorialized in and obligations created by this Agreement are conditioned on the following:

c. The Bar Order becoming final, either by expiration of three business days after the time in which any appeal challenging the Bar Order must be filed or by an order or decision on appeal affirming the entry of the Bar Order; and"

3. On February 7, 2005 the Honorable Dickran Tevrizian, United States District Court Judge, entered an Amended Order approving the Settlement Agreement and ordering that:

"7. This Order, and each of the provisions hereof recited in Paragraphs 1 through 5 above, shall become final, and the CBIZ settlement funds may be disbursed to the Betker Plaintiffs and their counsel, either upon expiration of the time in which any appeal challenging this Order must be filed or upon an order or decision on appeal affirming the entry of this order."

4. A previously dismissed defendant in the Betker Action, Bruce Talley ("Talley"), filed an appeal with the Ninth Circuit Court of Appeals, challenging the enforceability of the Bar Order issued by this Court, but no other element of the Settlement Agreement. Talley has also filed a second appeal challenging the

Bar Order issued by this Court in approving three other settlements. (No. 05-55072 and 05-55371). Both of those appeals have been stayed by the Ninth Circuit pending its ruling on yet another appeal by Bruce Talley challenging the imposition of an Appeal Bond. (No. 05-56621) (collectively, the "Talley Appeals"). On April 20, 2007, the Ninth Circuit took the appeal by Talley of the Appeal Bond under submission and has not yet rendered its opinion on any one of the Talley Appeals. Because of these pending appeals the Orders approving the settlements are not final and the cases cannot be dismissed.

5. The Betker Plaintiffs and CBIZ agree that Section 2.c. of the Settlement Agreement between them has had the unintended and unanticipated consequence of giving non-parties or dismissed parties like Talley an avenue to try to attack the Bar Order condition as a device to advance Talley's personal objectives as an ostensible claimant against one or more of settling defendants, to the prejudice of the Betker Plaintiffs, to the detriment of the settling defendants, and to the increased burdens on the Court due to cases long ago resolved where closure has been impacted by the Talley Appeals. Prompted by recent Notices issued by this Court, the Betker Plaintiffs and CBIZ have met and agreed to waive the terms of Section 16 of the Settlement Agreement, limiting the methods of modification of the Settlement Agreement, and agree to strike Section 2.c from the Settlement Agreement. The Betker Plaintiffs and CBIZ further agree that upon the entry of an Order of this Court approving such changes and amending its previous Order approving the prior Settlement Agreement that all conditions of the Settlement Agreement would be met such that the settlement between the Betker Plaintiffs and CBIZ can be fully implemented without further proceedings, and no need then exists for the maintenance of the action pending the resolution of one, more or all of the Talley Appeals.

6. Subject to Paragraph 5 and approval of the modification of the Settlement Agreement as recited herein, the Betker Plaintiffs and CBIZ agree that the claims asserted by the Betker Plaintiffs against CBIZ as set forth in the Betker Action are hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41, with each party to bear its own attorneys' fees and costs, with the Settlement Agreement as amended (through the deletion of Section 2.c) to remain in full force and effect.

THE FELDHAKE LAW FIRM, APC

Dated: May 11, 2007 By: ______________________

Robert J. Feldhake
Daniel M. Harkins, Of Counsel
Attorneys for Plaintiffs
Betker, et al.

IRELL & MANELLA, LLP

Dated: May 11, 2007 By: ______________________

Kenneth R. Heitz
Craig Varnen
Attorneys for Defendants
Valuation Counselors Group, Inc. and
Zelenkofske, Axelrod & Co., Ltd.

ORDER

WHEREAS, the Court finds that the proposed amendments to the Settlement Agreement are made in good faith, and are reasonable and fair in light of the respective parties desire to have the Settlement Agreement declared final, end this litigation and the Betker Plaintiffs desire to dismiss their claims against CBIZ with prejudice.

IT IS HEREBY ORDERED that the amendment to the Settlement Agreement of the Parties removing Section 2.c is approved, all other elements and conditions of the original Settlement Agreement shall remain in full force and effect, the prior order of this Court is amended to allow the Betker Plaintiffs to dismiss their claims against CBIZ notwithstanding the Talley Appeals.

IT IS FURTHER ORDERED that the claims asserted by the Betker Plaintiffs against CBIZ as set forth in the Betker Action are hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41. Each party is to bear its own attorneys' fees and costs.

DATED: MAY 17 2007

Honorable R. Gary Klausner
United States District Court

THE FELDHAKE LAW FIRM APC

**PROOF OF SERVICE**

*In Re Heritage Bond Litigation*
MDL Case No. 1475
U.S.D.C. – Central District (Western Division)

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 19900 MacArthur Boulevard, Suite 850, Irvine, CA 92612.

On May 11, 2007, I served the foregoing document(s) described as JOINT STIPULATION TO WAIVE A CONDITION OF THE COURT APPROVED SETTLEMENT BETWEEN THE BETKER PLAINTIFFS AND THE CBIZ DEFENDANTS AND TO DISMISS THE BETKER PLAINTIFFS' SIXTH AMENDED COMPLAINT AS TO CBIZ DEFENDANTS AND [PROPOSED] ORDER THEREON on all interested parties in this action.

*[See Attached Service List]*

[X] **LEXIS NEXIS FILE and SERVE**: A true and correct copy was delivered to Lexis Nexis by:

[X] electronic transfer
[ ] facsimile
[ ] overnight mail delivery

for service on all counsel of record by electronic service pursuant to the Order re: Electronic Service.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 11, 2007, at Irvine, California.

Linda Frazier

**SERVICE LIST**

*In Re Heritage Bond Litigation*
MDL Case No. 1475
U.S.D.C. – Central District (Western Division)

***Plaintiffs***

| | |
|---|---|
| Gregory Blaies, Esq.<br>BLAIES & HIGHTOWER<br>777 Main Street, Suite 1900<br>Fort Worth, TX 76102<br>Phone: (817) 334-0800<br>Fax: (817) 334-0574 | Attorneys for Plaintiffs Howard Preston, Rosanna Preston, Ray Stits and Edith Stits<br><br>[Case No. CV 02-0993] |
| Brian Barry, Esq.<br>Jill Levine Betts, Esq.<br>LAW OFFICES OF BRIAN BARRY<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067<br>Phone: (310) 788-0831<br>Fax: (310) 788-0841 | Attorneys for Preston, Kivenson and Allman Plaintiffs<br><br>[Case Nos. CV 02-0993, CV 02-0382 and CV 02-6484] |
| Lionel Z. Glancy, Esq.<br>LAW OFFICES OF LIONEL Z. GLANCY<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Phone: (310) 201-9150<br>Fax: (310) 201-9160 | Attorneys for Preston, Kivenson and Allman Plaintiffs<br><br>[Case Nos. CV 02-0993, CV 02-0382, and CV 02-6484] |
| Richard P. Campbell, Esq.<br>Kristi L. Nelson, Esq.<br>FREEMAN, FREEMAN & SALZMAN, P.C.<br>401 No. Michigan Ave., Ste. 3200<br>Chicago, IL 60611<br>Phone: (312) 222-5133<br>Fax: (312) 222-00744 | Attorneys for Plaintiff Phillip L. Stern, as Receiver<br><br>[Case No. CV 02-6512] |
| Steven J. Toll, Esq.<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>Phone: (202) 408-4600<br>Fax: (202) 408-4699 | Associated Attorneys (with Brian Barry) for Preston, Kivenson and Allman Plaintiffs<br>[Case Nos. CV 02-0993, CV 02-0382 and CV 02-6484] |

| | |
|---|---|
| Matthew Ide, Esq.<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>701 Fifth Avenue, Suite 6860<br>Seattle, Washington 98104-7097<br>Phone: (206) 521-0080<br>Fax: (206) 521-0166 | Associated Attorneys (with Brian Barry) for Preston, Kivenson and Allman Plaintiffs<br><br>[Case Nos. CV 02-0993, CV 02-0382 and CV 02-6484] |
| Brian D. Miller, Esq.<br>Richard Sintek, Esq.<br>MILLER, MILOVE & KOB<br>The Koll Center<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Phone: (619) 696-5200<br>Fax: (619) 696-5393 | Attorneys for Plaintiffs in Allman Action<br><br>[Case No. CV 02-6484] |
| Brian O'Neill, Esq.<br>Robert L. Meylan, Esq.<br>O'NEILL, LYSAGHT & SUN, LLP<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90401-1142<br>Phone: (310) 451-5700<br>Fax: (310) 399-7201 | Attorneys for Plaintiffs Lewis G. Herrmann and Archie Rotblatt<br><br>[Case Nos. CV 02-0989] |

***Defendants***

| | |
|---|---|
| Steven W. Bacon, Esq.<br>G. Cresswell Templeton, III, Esq.<br>Arnold Woo, Esq.<br>HILL, FARRER & BURRILL LLP<br>300 South Grand Ave.<br>37th Floor – One California Plaza<br>Los Angeles, CA 90071-3147<br>Phone: (213) 620-0460<br>Facsimile: (213) 624-4840 | Attorneys for U.S. Trust Corporation and U.S. Trust Company of Texas, N.A.<br><br>[Case Nos. CV 01-5752; CV 02-0382; CV 02-0993, and CV 02-6512] |
| Kenneth R. Heitz, Esq.<br>Craig Varnen, Esq.<br>Jon D. Gingrich, Esq.<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010<br>Facsimile: (310) 203-7199 | Associate Attorneys for Defendants Valuation Counselors Group, Inc. and Zelenkofske, Axelrod & Co., LTD<br><br>[Case No. CV 01-5752] |

| | |
|---|---|
| Robert Scott Dreher, Esq.<br>The Dreher Law Firm<br>835 5th Avenue, Suite 202<br>San Diego, CA 92101<br>Phone: (619) 230-8828<br>Facsimile: (619) 687-0136 | Attorneys for Defendant Bruce Talley<br><br>[Case No. CV 01-5752] |
| Steven H. Schwartz, Esq.<br>SCHWARTZ & JANZEN, LLP<br>12100 Wilshire Blvd., Suite 1125<br>Los Angeles, CA 90025-7117<br>Phone: (310) 979-4090<br>Facsimile: (310) 207-3344 | Attorneys for Defendant Onofrio V. Bertolini<br><br>[Case No. CV 01-5752] |
| Sheldon Eisenberg, Esq.<br>Christopher F. Wong, Esq.<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>Phone: (310) 576-2100<br>Fax: (310) 576-2200 | Attorneys for Defendant The Bank of New York, as Successor Indenture Trustee to U.S. Trust Company of Texas, N.A.<br><br>[Case No. CV 01-5752] |
| Gary A. Kurtz, Esq.<br>20335 Ventura Blvd., Suite 200<br>Woodland Hills, CA 91364<br>Phone: (818) 884-8400<br>Fax: (818) 884-8404 | Attorneys for Defendants Robert Kasirer, Debra Kasirer, individually and as Trustee for the Debra Kasirer Trust, Canon Realty Corporation, Health Care Holdings, L.P., CareContinuum, LLC, BMHC, Corp., Bistra & Munkacs Holdings, Inc., and JDDJ Holdings, L.P.<br><br>[Case Nos. CV 01-5752 and CV 02-382] |
| William E. Crockett, Esq.<br>Steven R. Skirvin, Esq.<br>DION-KINDEM & CROCKETT<br>21271 Burbank Blvd., Ste. 100<br>Woodland Hills, CA 91367<br>Phone: (818) 883-4400<br>Fax: (818) 676-0246 | Attorneys for Defendants Jerold V. Goldstein and Clarke Underwood<br><br>[Case Nos. CV 01-5752 and CV 02-0382] |
| Donald Chalker<br>10375 Wilshire Blvd., Suite 14AC<br>Los Angeles, CA 90024-4728<br>Phone: (323)655-9999<br>Fax: (323) 655-0578 | Defendant *in pro per*<br><br>[Case Nos. CV 02-0382 and CV 02-0993] |

| | |
|---|---|
| Larry Rubin<br>113 N. San Vicente Blvd.,<br>Suite 302<br>Beverly Hills, CA 90211-2326<br>Phone: (323) 655-9741<br>Fax: (323) 655-9744 | Defendant *in pro per*<br><br>[Case Nos. CV 02-0382; CV 02-0993, and CV 02-2745] |
| Francis M. Gregorek, Esq.<br>Francis A. Bottini, Jr., Esq.<br>WOLF, HALDENSTEIN, ALDER, FREEMAN & HERZ<br>750 "B" St., Suite 2770<br>San Diego, CA 92101<br>Phone: (619) 239-4599<br>Fax: (619) 234-4599 | Attorneys for Defendants Evan Greenspan, Cary Medill, Donald Chalker, Andrew Kornreich and Marshall Wexler<br><br>[Case Nos. CV 01-5752; CV 02-0382; CV 02-0993, and CV 02-6512] |
| David A.P. Brower, Esq.<br>WOLF, HALDENSTEIN, ALDER, FREEMAN & HERZ<br>270 Madison Ave.<br>New York, NY 10016<br>Phone: (212) 545-4600<br>Fax: (212) 545-4599 | Attorneys for Defendants Evan Greenspan, Cary Medill, Donald Chalker, Andrew Kornreich and Marshall Wexler<br><br>[Case Nos. CV 01-5752; CV 02-0382; CV 02-0993, and CV 02-6512] |
| Douglas M. Butz, Esq.<br>BUTZ, DUNN, DESANTIS & BINGHAM<br>101 West Broadway, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 233-4777<br>Fax: (619) 231-0341 | Attorneys for Defendants Joel T. Boehm and Sabo & Green, a Professional corporation<br><br>[Case No. CV 01-5752] |
| Charles R. Grebing, Esq.<br>WINGERT, GREBING, BRUBAKER & RYAN, LLP<br>600 West Broadway, 7th Floor<br>San Diego, CA 92101<br>Phone: (619) 232-8151<br>Fax: (619) 232-4665 | Co-counsel for Defendant Joel T. Boehm<br><br>[Case No. CV 01-5752] |
| Frank J. Ozello, Esq.<br>GRAY, YORK & DUFFY<br>15760 Ventura Blvd., 16th Floor<br>Encino, CA 91436<br>Phone: (818) 907-4000<br>Fax: (818) 783-4551 | Attorneys for Defendant Stephen P. Goodman<br><br>[Case No. CV 02-2745] |

| | |
|---|---|
| Richard D. Gluck, Esq.<br>FAIRBANK & VINCENT<br>11755 Wilshire Blvd., Suite 2320<br>Los Angeles, CA 90025<br>Phone: (310) 996-5520<br>Fax: (310) 996-5530 | Attorneys for Defendant James E. Iverson<br><br>[Case No. CV 01-5752] |
| Arthur C. Chambers, Esq.<br>2095 Van Ness Ave.<br>San Francisco, CA 94109<br>Phone: (415) 775-2144<br>Fax: (415) 775-1308 | Attorney for Defendant Herbert Saltzman<br><br>[Case Nos. CV 02-0382 and CV 02-0993] |
| John Caron, Esq.<br>REBACK, HULBERT, McANDREWS & KJAR<br>1230 Rosecrans Ave., Suite 450<br>Manhattan Beach, CA 90266<br>Phone: (310) 297-9900<br>Fax: (310) 297-9800 | Attorneys for Defendant Michael Sobelman and Sobelman, Cohen & Sullivan, L.L.P.<br><br>[Case Nos. CV 02-0382 and CV 02-0993] |
| Mark Epstein, Esq.<br>POESCHL, KOHN & EPSTEIN, LLP<br>825 Washington St., Suite 301<br>Oakland, CA 94607<br>Phone: (510) 874-7261<br>Fax: (510) 874-1329 | Attorneys for Defendant Healthcare Financial Solutions<br><br>[Case Nos. CV 01-5752, CV 02-0382 and CV 02-0993] |
| Fred Fenster, Esq.<br>RUTTER, HOBBS & DAVIDOFF<br>1900 Avenue of the Stars,<br>Suite 2700<br>Los Angeles, CA 90067<br>Phone: (310) 286-1700<br>Fax: (310) 286-1728 | Attorneys for Defendant Estate of Emery Rubin<br><br>[Case Nos. CV 02-0382 and CV 02-0993] |
| William McD. Miller, III<br>Musick, Peeler & Garrett, LLP<br>One Wilshire Boulevard<br>Los Angeles, CA 90017<br>Phone: (213) 629-7600<br>Fax: (213) 624-1376 | Attorneys for Defendant Jerome E. Tabolich<br><br>[Case No. CV 01-5752] |

| | |
|---|---|
| Heather Klaas, Esq.<br>Brian Palmer, Esq.<br>DORSEY & WHITNEY LLP<br>50 South 6th Street, Suite 1500<br>Minneapolis, MN 55402<br>Phone: (612) 340-2797<br>Fax: (612) 340-2868 | Attorneys for Defendant Jerome E. Tabolich,<br><br>[Case No. CV 01-5752] |
| Diane L. Dragan, Esq.<br>LAW OFFICES OF DIANE L. DRAGAN<br>601 S. Tenth Street, Suite 202<br>Las Vegas, Nevada 89101<br>Phone: (702) 474-4004<br>Fax: (702) 474-0739 | Attorneys for Defendants Edward J. Hentges, Kenneth R. Larsen, Steven W. Erickson, and Paul R. Ekholm<br><br>[Case No. CV 01-5752] |
| Michael H. Gottschlich, Esq.<br>BARNES & THORNBURG<br>11 South Meridian St.<br>Indianapolis, Indiana 46204<br>Phone: (317) 236-1313<br>Fax: (317) 231-7433 | Attorney for Defendant Leo Dierckman<br>[Case Nos. CV 02-382 CV 02-993, and CV 02-6484] |
| Kevin W. Alexander, Esq.<br>GORDON & REES, LLP<br>101 W. Broadway, Suite 1600<br>San Diego, CA 92101<br>Phone: (619) 696-6700<br>Fax: (619) 696-7124 | Attorneys for Defendants John M. Clarey<br><br>[Case No. CV 01-5752] |
| Eugene Shermoen, Esq.<br>ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKATA, P.A.<br>500 Young Quinlan Building<br>81 South 9th Street<br>Minneapolis, MN 55402<br>Phone: (612) 339-3500<br>Fax: (612) 339-7655 | Attorneys for Defendants, John M. Clarey and Kenneth E. Dawkins |
| Michael A. Taitelman, Esq.<br>FREEDMAN & TAITELMAN LLP<br>1901 Ave. of the Stars, Su. 500<br>Los Angeles, CA 90067-6001<br>Phone: (310) 201-0005<br>Fax: (310) 201-0045 | Attorneys for Defendant Coddington Appraisal Service<br><br>[Case No. CV 01-5752] |

| | |
|---|---|
| Daniel M. White, Esq.<br>Susan Oliver, Esq.<br>WHITE & OLIVER, A.P.C.<br>550 W. "C" Street, Suite 950<br>San Diego, CA 92101<br>Phone: (619) 239-0300<br>Fax: (619) 239-0344 | Attorneys for Defendant Atkinson, Andelson, Loya, Ruud & Romo<br><br>[Case No. CV 02-989] |
| Thomas M. Moore, Esq.<br>Peter D. Sunukjian, Esq.<br>DRINKER, BIDDLE & REATH, LLP<br>333 South Grand Ave., Suite 1700<br>Los Angeles, CA 90071-1504<br>Phone: (213) 253-2300<br>Fax: (213) 253-2301 | Attorneys for Defendant Capital Valuation Group<br><br>[Case No. CV 01-5752] |
| Roman P. Mosqueda, Esq.<br>LAW OFFICES OF ROMAN P. MOSQUEDA<br>3350 Wilshire Blvd., Suite 735<br>Los Angeles, CA 90010-1824<br>Phone: (213) 252-9481<br>Fax: (213) 252-5929 | Attorneys for Defendant Virgilio Lim<br><br>[Case Nos. CV 02-382; CV 02-993, and CV 02-6484] |
| Lee Wood, Esq.<br>Tom Francis, Esq.<br>LEE A. WOOD & ASSOCIATES, P.C.<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626<br>Phone: (714) 384-6570<br>Fax: (714) 384-6571 | Attorneys for Defendant Danforth Health Facilities Corporation<br><br>[Case Nos. CV 02-382; CV 02-993, and CV 02-6484] |
| Michael Bourland, Esq.<br>BROWN, PRUITT & PETERSON<br>201 Main St., Suite 801<br>Fort Worth, TX 76102<br>Phone: (817) 338-4888<br>Fax: (817) 338-0700 | Attorneys for Defendant Tarrant County Health Facilities Development Corporation |
| Kevin Patrick McVerry, Esq.<br>GRAVES ROBERSON & BOURASSA<br>1200 W. Hillcrest Dr., Ste. 100<br>Thousand Oaks, CA 91320-2734<br>Phone: (805) 498-7119<br>Fax: (805) 498-8111 | Attorneys for Defendant Desert Hot Springs |

| | |
|---|---|
| Jerrold Abeles, Esq.<br>FRIEDMANN O'BRIEN GOLDBERG & ZARIAN LLP<br>445 So. Figueroa St., Ste. 3750<br>Los Angeles, CA 90071<br>Phone: (213) 629-7400<br>Fax: (213) 629-7401 | Attorneys for Defendant City of Mexico Beach<br><br>[Case Nos. CV 01-5752; CV 02-382; CV 02-993; CV 02-2745; CV 02-6484, and CV 026841] |
| Evan Greenspan, Esq.<br>11846 Ventura Blvd., Ste. 140<br>Studio City, CA 91604<br>Phone: (818) 762-9656<br>Fax: (818) 762-2624 | In Pro Per<br><br>[Case No. CV 02-6484] |
| Irv M. Gross, Esq.<br>ROBINSON, DIAMANT & WOLKOWITZ<br>1888 Century Park E., Ste. 1500<br>Los Angeles, CA 90067<br>Phone: (310) 277-7400<br>Fax: (310) 277-7584 | Attorneys for Defendant Richard Kuhl<br><br>[Case No. CV 02-382; CV 02-993; CV 02-6484] |
| G. Patrick Connors, III, Esq.<br>HAHN & ADEMA<br>501 W. Broadway, Suite 1730<br>San Diego, CA 92101<br>Phone: (619) 235-2100<br>Fax: (619) 235-2101 | Attorneys for Defendant Victor Dhooge |
| Munger, Tolles & Olson LLP<br>335 South Grand Ave., 35th Flr.<br>Los Angeles, CA 90071<br>Phone: (213) 683-9100<br>Fax: 213-687-3702 | Attorneys for Fulbright & Jaworski LLP<br><br>[Case No. CV 02-382] |
| Louis Pontarelli<br>P.O. Box 1935<br>Temecula, CA 92593<br>Phone: (909) 491-6370<br>Telephone: (909) 491-6374 | Defendant<br><br>[Case No. 02-382] |

| | |
|---|---|
| Leon Small, Esq.<br>LAW OFFICES LEON SMALL, A.P.C.<br>The Atrium<br>16530 Ventura Blvd., Suite 306<br>Encino, CA 91436<br>Phone: (818) 906-2555<br>Fax: | Attorney for Defendant<br>Alan J. Pollak<br><br>[Case No. CV 02-6484) |

H:\1657\001\Settlement\CBIZ Jt Stip to Dismiss.doc